IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| M.C., a minor, by and through his father and next friend, TYRONE CAMPBELL, and TYRONE CAMPBELL,  )<br>)<br>)<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>HOLLIS INDEPENDENT SCHOOL DISTRICT NO. 66 OF HARMON COUNTY, OKLAHOMA a/k/a HOLLIS PUBLIC SCHOOLS, et al.,  )<br>)<br>)<br>)<br>)<br>Defendants.  ) | | Case No. CIV-15-343-C |

## J U D G M E N T

Upon consideration of the pleadings herein and the Court's accompanying Memorandum Opinion and Order, Judgment is entered on behalf of Plaintiff Micah Campbell and Plaintiff Tyrone Campbell and against Defendant Jennifer Caswell.

DATED this 10th day of August, 2017.

ROBIN J. CAUTHRON
United States District Judge